IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Gary Leonard Pierce, *et al.*,<br><br>　　　　　Defendants. | CR-17-00713-PHX-JJT (JZB)<br><br>**PROTECTIVE ORDER<br>RE: PERSONAL IDENTIFYING<br>INFORMATION** |

Based upon the United States of America's Response to Joint Motion to Compel and Motion for Protective Orders, and good cause appearing, it is appropriate to enter a Protective Order concerning the disclosure of personal identifying information exchanged between the parties, in light of the confidential and personal nature of the information which may be disclosed in accordance with Fed. R. Crim. P. 16 and other discovery obligations of the parties as provided by law.

**IT IS HEREBY ORDERED**:

1.　The United States may disclose to defense counsel, with little or no redaction, the private information and personal identifying information (collectively "PII") of individuals to the extent that PII is present in discoverable materials. PII includes addresses, email addresses, telephone numbers, dates of birth, state driver's license and identification numbers, social security numbers, and financial information including account numbers. For purposes of this Order, the Court excludes from classification as PII the identifying information of Defendants themselves.

2. The defense team shall safeguard and shall not disclose the PII provided to it, other than to the extent necessary to prepare the defense.

3. Defendants may review the materials containing PII with their counsel or other members of their counsel's defense team, but may not themselves retain any PII, other than that of a Defendant's current non-defendant spouse, during the course of the litigation.

4. The parties shall ensure that PII is sufficiently redacted from any documents filed with the court (unless filed under seal) and from any exhibits offered at any hearing or trial.

5. The defense team shall destroy, at the conclusion of this matter, all PII in its possession.

**IT IS FURTHER ORDERED** that excludable delay under 18 U.S.C. § 3161(h)(1)(D) will commence on July 3, 2017, for a total of 31 days.

Dated this 2nd day of August, 2017.

_____
Honorable John J. Tuchi
United States District Judge