IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>v.<br><br>Gary Leonard Pierce, *et al.*,<br><br>              Defendants. | CR-17-00713-PHX-JJT (JZB)<br><br>**PROTECTIVE ORDER<br>RE: CONFIDENTIAL INFORMATION** |

Based upon the United States of America's Response to Joint Motion to Compel and Motion for Protective Orders, and good cause appearing, it is appropriate to enter a Protective Order concerning the disclosure of confidential materials exchanged between the parties, in light of the confidential and sensitive information which may be disclosed in accordance with Fed. R. Crim. P. 16 and other discovery obligations of the parties as provided by law.

**IT IS HEREBY ORDERED**:

1.     All Confidential Material exchanged between the parties will be handled in accordance with the terms of this Protective Order.  The term "Confidential Material" shall be defined for purposes of this order as (A) the following material provided by the United States to the defendants: (i) FBI reports of interviews (FBI 302s), (ii) audio recordings of witness interviews, (iii) transcripts of recorded witness interviews, and (iv) any grand jury transcript of witness testimony; and (B) the following material provided to the United States by defendants: (i) reports of interviews, (ii) audio recordings of witness

interviews, and (iii) transcripts of recorded witness interviews. The Court excludes from classification as Confidential Material for purposes of this Order the recordings of witness interviews, transcripts of those interviews and FBI Form 302 reports of those interviews involving any Defendant as the interview subject and which the Government's counsel has identified as not subject to the Order.

2. Confidential Material provided by the United States to the defendants shall be reviewed only by defendants, their attorneys of record, employees of such attorneys to whom it is necessary that the materials be shown for the purposes of preparation, trial, and appeal of this matter, witnesses or potential witnesses and their counsel, and experts or consultants assisting in the preparation, trial and appeal of this matter. No additional copies of such materials shall be made except as necessary for the preparation, trial and appeal of this matter. Such witnesses, counsel, experts or consultants to whom Confidential Material is disclosed must be served with a copy of this Protective Order prior to disclosures of Confidential Material to them.

3. The United States shall similarly be bound by the above conditions and restrictions on Confidential Material provided by the defendants to the United States. It is understood that among the persons to whom the government will need to disclose certain Confidential Material are law enforcement agents engaged in the preparation for any trial or hearings in this case.

4. Confidential Material disclosed by the parties shall be used solely for the preparation, trial and direct appeal of this matter and for no other purpose whatsoever. The contents of the Confidential Material disclosed to the defendants or by the defendants shall not be disclosed to any other individual or entity in any manner except to a photocopy service as agreed by the parties or by further order of this Court.

5. Nothing in this Protective Order limits the defendants or the United States from disclosing Confidential Material in this or related judicial proceedings, including motions, hearings, trial, or appeal.

1     6.    Within 60 days from the conclusion of these proceedings and any direct appeal from these proceedings, the Confidential Material disclosed by the parties and any duplicates made in the preparation, trial and direct appeal of this matter shall be returned to the United States or to the defendant who disclosed the material, unless the Court gives specific permission for an exception to this requirement..

**IT IS FURTHER ORDERED** that excludable delay under 18 U.S.C. § 3161(h)(1)(D) will commence on July 3, 2017 for a total of 32 days.

Dated this 2nd day of August, 2017.

_____
Honorable John J. Tuchi
United States District Judge