IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>  vs.<br><br>Gary Leonard Pierce, et al.,<br><br>                Defendants. | CR-17-00713-PHX-JJT<br><br>**ORDER** |

Based upon the parties' Notice of Resolution of Motion to Quash Subpoena [Doc. 68] (Doc. 72), and good cause appearing;

**IT IS HEREBY ORDERED** granting the parties' notice (Doc. 72), and vacating the motion hearing presently set for December 8, 2017 at 3:00 PM.

**IT IS FURTHER ORDERED** denying as moot Johnson Utilities, LLC's Motion to Quash Subpoena Served Upon the Arizona Corporation Commission (Doc. 68).

**IT IS FURTHER ORDERED** that no excludable delay under 18 U.S.C. § 3161(h) will occur because of this order.

Dated this 17th day of November, 2017.

Honorable John J. Tuchi
United States District Judge