ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
FREDERICK A. BATTISTA
Maryland State Bar Member
Email: Fred.Battista@usdoj.gov
FRANK T. GALATI
Arizona State Bar No. 003404
Email: Frank.Galati@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 North Central Avenue Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-17-00713-PHX-JJT (JZB) |
| Plaintiff, | **STIPULATION TO ENTRY OF AMENDED PROTECTIVE ORDER RE: CONFIDENTIAL INFORMATION [Doc. 56]** |
| vs. | |
| Gary Leonard Pierce, et al., | |
| Defendants. | |

On August 2, 2017, the Court entered a Protective Order Re: Confidential Information. (Doc. 56). The parties have stipulated to two amendments of that Order and respectfully move that the Court enter the Amended Protective Order.

The two stipulated changes are:

● Amendment of numbered paragraph 1 and the definition of "Confidential Material" by adding "and (C) the following additional material provided by the United States to the defendants: (i) documents identified as Government Case Discovery Spreadsheet Folder 5, Item 120-Third Party Corporation #1 – FBI Items 1(c)34, 35, 39, 41, 42, 44, 50, 61, 71 & 76 which contains 1,775 documents in .pdf format and 18 Items

| | |
|---|---|
| 1 | .xls/.xlsx format, and (ii) documents identified as Discovery Spreadsheet Folder 5, Item |
| 2 | 117-Warranty Service #1 – FBI Item 1C(74) which contains 972 Items in .msg format." |

● Amendment of numbered paragraph 5 by adding "however, all pleadings that reference or attach any document contained within the United States' disclosure that is described in paragraph 1(C)(i) and (ii) above, shall be filed under seal."

Respectfully submitted this 11th day of January, 2018.

                                        ELIZABETH A. STRANGE
                                        First Assistant United States Attorney
                                        District of Arizona

                                        /s/ *Frank T. Galati*
                                        FRANK T. GALATI
                                        FREDERICK A. BATTISTA
                                        Assistant U.S. Attorneys


**PATRICIA A. GITRE, P.L.C.**

By:  /s/ Patricia A. Gitre *(w/permission)*
PATRICIA A. GITRE
Attorneys for *Defendant Gary L. Pierce*


**GALLAGHER & KENNEDY, P.A**.

By:  /s/ Woody Thompson *(w/permission)*
WOODY THOMPSON
JAY S. VOLQUARDSEN
HANNAH H. PORTER
Attorneys for *Defendant George H. Johnson*


**MATHEW & ASSOCIATES**

By:  /s/ Ivan K. Mathew (*w/permission)*
IVAN K. MATHEW
Attorneys for *Defendant James Norton*


**ASHLEY D. ADAMS, P.L.C.**

By:  /s/ Ashley D. Adams *(w/permission)*
ASHLEY D. ADAMS
Attorneys for *Defendant Sherry A. Pierce*

## Certificate of Service

I hereby certify that on January 11, 2018, I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Patricia Ann Gitre, Esq.
Email: patgitre@patricia.gitre.com
*Attorney for defendant Gary Leonard Pierce*

Hannah Hatch Porter, Esq.
Jay Steven Volquardsen, Esq.
Woodrow Charles Thompson, Esq.
Emails: Hannah.porter@gknet.com;
jay.volquardsen@gknet.com; and
woody.thompson@gknet.com
*Attorneys for defendant George Harry Johnson*

Ivan Kurian Mathew, Esq.
Email: ikmathew@mathewlaw.com
*Attorney for defendant James Franklin Norton*

Ashley D. Adams, Esq.
Email: aadams@azwhitecollarcrime.com
*Attorney for defendant Sherry Ann Pierce*

*s/ Gaynell Smith*
U.S. Attorney's Office