**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Gary Leonard Pierce, *et al.*,<br><br>        Defendants. | No. CR-17-00713-001-PHX-JJT<br><br>**ORDER** |

Pursuant to the parties' joint motion (Doc. 75), and good cause appearing,

IT IS HEREBY ORDERED that the parties shall comply with the following case management schedule:

**Trial Date: May 30, 2018 (Four Trial Weeks)**

**Discovery, Disclosure, and Motions Deadlines**

1. Government's Disclosures:
    a. Compliance with Rule 16 discovery[1] ........................January 15, 2018
       (Including witness Grand Jury transcript(s) and *Brady, Jencks and Giglio* Material, and excluding expert disclosures)
    b. Notices required by LR Crim. 16.1 ...........................January 15, 2018
    c. Rule 404(b) notification and *Henthorn* ...................February 12, 2018
       compliance and disclosure
    d. Initial expert disclosures, including opinions ..........February 12, 2018
    e. Rebuttal expert disclosures, including opinions ............April 12, 2018

---

[1] The government's and defendants' Rule 16 disclosure deadlines apply to materials in the party's possession, custody or control. The parties have a continuing duty to disclose additional material under Rule 16(c).

|   |   |   |   |
|---|---|---|---|
|   | f. | Disclosure of preliminary witness and exhibit lists and summary charts to defendants | March 15, 2018 |
|   | g. | Disclosure of final witness and exhibit lists to defendants | April 19, 2018 |

2. Defendants' Disclosures

|   |   |   |
|---|---|---|
| a. | Reciprocal Rule 16 discovery | February 16, 2018 |
| b. | Initial and rebuttal expert disclosures, including opinions | March 15, 2018 |
| c. | Production of Rule 26.2 material as to intended witnesses | April 16, 2018 |
| d. | Disclosure of preliminary witness and exhibit lists and summary charts to government | April 16, 2018 |
| e. | Disclosure of final witness and exhibit lists to government | May 7, 2018 |

3. Motions

|   |   |   |
|---|---|---|
| a. | Pretrial motions requiring evidentiary hearing | February 16, 2018 |
|   | Responses | March 5, 2018 |
|   | Replies | March 12, 2018 |
|   | Proposed Hearing date | March 19, 2018 |
| b. | Motions not requiring evidentiary hearing | March 24, 2018 |
|   | Responses | April 7, 2018 |
|   | Replies | April 14, 2018 |
| c. | Motions in *Limine* | April 20, 2018 |
|   | Responses | May 1, 2018 |
|   | *No replies shall be filed* |   |

4. Joint Pretrial Documents[2]

|   |   |   |
|---|---|---|
| a. | Joint Statement of the Case, Joint Witness List, Joint Voir Dire Questions, Joint Proposed Jury Instructions, and Joint Proposed Form of Verdict | May 10, 2018 |

5. Proposed Pretrial Conference

|   |   |   |
|---|---|---|
| a. | Final Pretrial Conference | May 14, 2018 |

---

[2] A copy of all joint pretrial documents shall be delivered to the Court and shall be three-hole punched on the left side of the page. In addition, the parties shall submit their proposed voir dire questions, joint statement of the case, verdict forms and jury instructions to the Court in Word format by e-mail to Tuchi_chambers@azd.uscourts.gov.

      6.    Proposed Trial Date
          a.    Trial Date ........................................................................ May 30, 2018

These deadlines are intended to be firm and final disclosure dates, with the exception of trial preparation materials of witnesses already disclosed by the government. Should the government discover additional evidence, Defendants have a right to object to the admissibility of such evidence on the basis that it was not disclosed timely in the form of a Motion in *Limine*. The parties have entered into this Stipulation so as to avoid additional disclosures of any preexisting material in any parties' possession just prior to trial, which could detract from trial preparation. The parties further understand that the parties investigations and duties to disclose are ongoing and additional new matters will disclosed in a timely manner if they arise in this case. To the extent any deadlines in this Order are inconsistent with the Court's Standard Order Setting Final Pretrial Conference (Criminal), the deadlines in this Order shall control.

The Court finds excludable delay under 18 U.S.C. § 3161(h)(7)(B)(ii) from January 3, 2018 to May 30, 2018.

Dated this 8th day of February, 2018.

_____
Honorable John J. Tuchi
United States District Judge