# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Gary Leonard Pierce, *et al.*,<br><br>　　　　Defendants. | No. CR-17-00713-PHX-JJT<br><br>**ORDER RE: STIPULATION AND MOTION TO CONSOLIDATE MOTION DEADLINES AND EXTEND DISCOVERY DEADLINE** |

At issue is the parties' Stipulation and Motion to Consolidate Motion Deadlines and Extend Discovery Deadline (Doc. 89). Upon review and good cause appearing;

**IT IS ORDERED** granting the parties' Stipulation and Motion to Consolidate Motion Deadlines and Extend Discovery Deadline (Doc. 89).

**IT IS FURTHER ORDERED** that all pre-trial motions, with the exception of motions in *limine*, shall be due on March 24, 2018, Responses are due April 7, 2018, and Replies are due on April 14, 2018.

…

…

**IT IS FURTHER ORDERED** that the Defendants shall have up to and including March 24, 2018, to provide reciprocal discovery to the United States. This Court will schedule further proceedings related to the pre-trial motions as it deems appropriate.

**IT IS FURTHER ORDERED** that all other dates in the February 8, 2018 Scheduling Order (Doc. 85) shall remain unchanged and in effect.

The Court finds excludable delay under 18 U.S.C. § 3161(h)(7)(B)(ii) from _____, 2018, to _____, 2018, for a total of _____ days.

Dated this 23rd day of February, 2018.

_____
Honorable John J. Tuchi
United States District Judge