# Exhibit 1



BEFORE THE ARIZONA CORPORATION COMMISSION

COMMISSIONERS

KRISTIN K. MAYES - Chairman
GARY PIERCE
PAUL NEWMAN
SANDRA D. KENNEDY
BOB STUMP

Arizona Corporation Commission
**DOCKETED**
AUG 2 5 2010
DOCKETED BY ne

IN THE MATTER OF THE APPLICATION OF JOHNSON UTILITIES, L.L.C., DBA JOHNSON UTILITIES COMPANY FOR AN INCREASE IN ITS WATER AND WASTEWATER RATES FOR CUSTOMERS WITHIN PINAL COUNTY, ARIZONA.

DOCKET NO. WS-02987A-08-0180

DECISION NO. **71854**

**OPINION AND ORDER**

DATES OF HEARING: January 27, February 26 (Procedural Conferences); April 20, (Pre-Hearing Conference); April 23, 24, 27 (Hearing); July 23 (Procedural Conference/Oral Arguments); September 21, 24, 25, October 1, 2, 5, 6, and 7, 2009 (Hearing).

PLACE OF HEARING: Phoenix, Arizona

ADMINISTRATIVE LAW JUDGE: Teena Wolfe

APPEARANCES: Mr. Jeffrey W. Crockett, Mr. Bradley S. Carroll and Mr. Robert Metli, SNELL & WILMER, on behalf of Johnson Utilities, LLC;

Mr. Craig A. Marks, CRAIG A. MARKS, PLC, on behalf of Swing First Golf, LLC;

Ms. Jodi Jerich, Director, Mr. Daniel Pozefsky, Chief Counsel and Ms. Michelle Wood, Staff Attorney, on behalf of the Residential Utility Consumer Office;

Mr. James E. Mannato, Town Attorney, on behalf of the Town of Florence; and

Ms. Nancy Scott, Ms. Ayesha Vohra, and Ms. Robin Mitchell, Staff Attorneys, Legal Division, on behalf of the Utilities Division of the Arizona Corporation Commission.

# TABLE OF CONTENTS

**INTRODUCTION** .................................................................................................................. 2
**APPLICATION** .................................................................................................................... 3
**RATE BASE** ........................................................................................................................ 4
Plant in Service ....................................................................................................................... 4
    Inadequately Supported Plant ............................................................................................ 5
        AIAC and CIAC Related to Unsupported Plant .............................................................. 9
    Post-Test Year Plant ........................................................................................................... 10
    Plant Not Used and Useful ................................................................................................. 14
        Rickee Main ................................................................................................................... 15
        Magma Sewer Force Main ............................................................................................. 16
        Precision WWTP ............................................................................................................ 16
    Excess Capacity ................................................................................................................. 17
        Anthem System Well and Storage Capacity .................................................................. 17
            Anthem System Well Capacity ................................................................................. 18
            Storage Capacity ....................................................................................................... 20
        San Tan WWTP .............................................................................................................. 22
    Affiliate Profit .................................................................................................................... 23
        Affiliate/Related party Constructed Plant in Service .................................................... 24
            Affiliate/Related Party Ownership ........................................................................... 26
            Reasonableness of Affiliate/Related Party Transactions ......................................... 28
            Affiliate/Related Party Profit Adjustment ................................................................ 30
            Affiliate/Related Party Transactions ........................................................................ 32
Contributions in Aid of Construction ("CIAC") – Unexpended Hook-up Fees ("HUF") .... 33
Fair Value Rate Base Summary ............................................................................................ 35
**OPERATING INCOME ISSUES** ...................................................................................... 35
Central Arizona Groundwater Replenishment District ("CAGRD") ................................... 35
    Staff Proposed Adjustor and Conditions ........................................................................... 38
    Company Arguments Against Conditions ......................................................................... 39
        Condition No. 3 .............................................................................................................. 39
        Condition No. 4 .............................................................................................................. 40
        Condition No. 5 .............................................................................................................. 40
        Condition No. 7 .............................................................................................................. 41
        Condition No. 8 .............................................................................................................. 41
    RUCO Proposed Expense Adjustment and Opposition to Adjustor .................................. 42
    Conclusion ......................................................................................................................... 43
Rate Case Expense ................................................................................................................ 44
Income Tax Expense ............................................................................................................. 45
Operating Income Summary ................................................................................................. 47
**COST OF CAPITAL/OPERATING MARGIN** .............................................................. 47
Company's Position .............................................................................................................. 47
RUCO's Position ................................................................................................................... 48
Staff's Position ...................................................................................................................... 49

| | |
|---|---|
| Conclusion | 49 |
| **AUTHORIZED INCREASE/DECREASE** | 50 |
| Water Division | 50 |
| Wastewater Division | 50 |
| **RATE DESIGN** | 51 |
| **OTHER ISSUES** | 51 |
| Discontinuance of Hook-Up Fees | 51 |
| Water Loss for Johnson Ranch System | 52 |
| ADEQ Compliance | 53 |
| Swing First Golf's Recommendations | 56 |
| **FINDINGS OF FACT** | 58 |
| **CONCLUSIONS OF LAW** | 70 |
| **ORDER** | 71 |