Patricia A. Gitre,
State Bar No: 011864
PATRICIA A. GITRE, P.L.C.
801 N. 1st Avenue
Phoenix, AZ 85003
(602-320-0314
patgitre@patriciagitre.com
Attorney for Defendant Gary L. Pierce

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 17-00713-PHX-JJT (JZB) |
| Plaintiff, | |
| vs. | NOTICE OF JOINDER |
| Gary L. Pierce (1), | |
| Defendant. | |

     Patricia A. Gitre on behalf of Gary Pierce joins in the Defendant Norton's Motion to Dismiss Indictment [Dkt 117].

     RESPECTFULLY SUBMITTED on April 13, 2018

                               /s/ Patricia A. Gitre
                               Attorney for Gary L. Pierce

CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2018 I electronically transmitted by this notice to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/Patricia A. Gitre
Attorney for Defendant Gary L. Pierce