1   ELIZABETH A. STRANGE
    First Assistant United States Attorney
2   District of Arizona
    FREDERICK A. BATTISTA
3   Assistant U.S. Attorney
    Maryland State Bar Member
4   Email: Fred.Battista@usdoj.gov
    FRANK T. GALATI
5   Assistant U.S. Attorney
    Arizona State Bar No. 003404
6   Email: Frank.Galati@usdoj.gov
    Two Renaissance Square
7   40 North Central Avenue, Suite 1800
    Phoenix, Arizona 85004
8   Telephone: 602-514-7500
    *Attorneys for the United States*
9

10              IN THE UNITED STATES DISTRICT COURT

11                 FOR THE DISTRICT OF ARIZONA

12

13   United States of America,              CR-17-00713-PHX-JJT (JZB)

14                    Plaintiff,
                                            **RESPONSE TO DEFENDANT**
15         v.                               **JOHNSON'S MOTION IN LIMINE**
                                            **RE: POLITICAL CONTRIBUTIONS**
16   Gary Leonard Pierce, et al.,                    **[Doc. 146]**

17                    Defendants.

18

19         Defendant George Johnson has filed a Motion *in limine* that seeks to "exclude any

20   evidence, testimony, or argument concerning political contributions made by Mr. Johnson

21   or any of his entities…to candidates running for public office." (Motion at 1). Granting this

22   motion would preclude the United States from presenting relevant evidence. Therefore, the

23   motion should be denied.

24   **I.    Discussion**

25         This case involves the Arizona Corporation Commission (ACC) and not any other

26   political body. Accordingly, the United States agrees, as any reasonable party would, that

27   not *every* political contribution made by defendant Johnson is relevant to the issues in this

28   case. In recognition of this indisputable proposition, and in response to inquiry from the

defense, the Government agreed (in an email to defendants dated April 17, 2018) that it would not offer evidence that defendant Johnson made political contributions to former Florence Mayor Rankin and former Pinal County Sheriff Babeu or other elected officials.

Apparently, the United States' agreement with the defense request is not enough, for this motion makes clear that defendants wish to preclude mention of any political contributions by Johnson or his entities, including contributions to ACC candidates during the time relevant to this case. Such an order is not appropriate.

The following is an in-process listing of references to relevant Johnson and Johnson related political contributions that the United States may present at trial.

● The United States will call ACC Commissioner Robert Burns as a witness. One defense motion has gratuitously attacked Mr. Burns as a "rogue commissioner."[1] Another claims that he "single handedly instigated a political witch hunt" against other commissioners, including defendant Gary Pierce,[2] and that Burns "decided to burn down the house at the Arizona Corporation Commission…"[3] Yet, during the time that defendant George Johnson was funneling money to the Pierce defendants, Johnson actively facilitated the collection of contributions to Commissioner Burns' successful 2012 ACC campaign. Johnson did so by tasking one of his employees, Ellen Babbitt, with the job of collecting from Johnson's employees qualifying five-dollar campaign contributions for Commissioner Burns.[4]

---

[1] Norton's Motion to Preclude Introduction of Confidential Marital Communications (Doc. 102), at 3, fn. 1.

[2] Joint Motion to Preclude Untimely Disclosed Evidence (Doc. 99) at 6.

[3] *Id.* at 8.

[4] Some of defendant Johnson's family members and employees made maximum contributions to the Burns campaign. Defendants Sherry Pierce and Gary Pierce and two of their children made qualifying contributions to the Burns campaign. Additionally, defendant James Norton was part of a qualifying contribution fundraiser held at the University Club on May 30, 2012.

● The defense has noticed Ms. Babbitt as a witness and she is expected to testify, perhaps among other things, about the nature of her contacts with defendant Sherry Pierce during the time George Johnson was funneling money to the Pierce defendants. The full extent of the political work that Babbitt performed for Johnson during the time that she purportedly worked with Sherry Pierce, including raising money for Corporation Commission candidates, is relevant evidence.

● The unindicted co-conspirator's (UCC) consulting invoices to Johnson International during the time of the conspiracy billed defendant Johnson for lunches that the UCC had with defendant Sherry Pierce. ACC races were discussed at those lunches. That Johnson employed the UCC's entity to work on ACC election races and Ellen Babbitt to solicit campaign contributions for then-ACC candidate Burns during the time of this particular conspiracy adds to the relevancy of contributions by Johnson or his entities.

## II.    Conclusion

Johnson's motion offers high-minded platitudes about First Amendment freedoms without bothering to explain how evidence such as that referenced above is unduly prejudicial. Rather than doing so, the motion claims in conclusory fashion that such evidence will confuse the jury. That claim is hollow in light of the fact that the trial jury will consist of thinking adults. The motion should be denied.

Respectfully submitted this 1st day of May, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona


s/*Frank T. Galati*
FREDERICK A. BATTISTA
FRANK T. GALATI
Assistant United States Attorneys

# CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Patricia Ann Gitre, Esq.
*Attorney for defendant Gary Leonard Pierce*

Hannah Hatch Porter, Esq.
Jay Steven Volquardsen, Esq.
Woodrow Charles Thompson, Esq.
*Attorneys for defendant George Harry Johnson*

Ivan Kurian Mathew, Esq.
*Attorney for defendant James Franklin Norton*

Ashley D. Adams, Esq.
*Attorney for defendant Sherry Ann Pierce*

Daniel E. Fredenberg, Esq.
Christian C. M. Beams, Esq.
*Attorneys for Johnson Utilities, L.L.C.*

*s/Gaynell Smith*
U.S. Attorney's Office