# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CRIMINAL MINUTES

Phoenix Division

**CR-17-00713-PHX-JJT**       DATE: 4/30/2018
Year    Case No.

HON:    JOHN J. TUCHI

United States of America    v.   Gary Leonard Pierce, et al.
Plaintiff(s)                        Defendant(s)

Deputy Clerk: Julie Martinez    Court Reporter: Elaine Cropper

Frederick Battista and Frank Galati w/Agent Shefveland
Plaintiff(s) Counsel

Patricia Gitre, Hannah Porter, Woodrow Thompson, Ivan Mathew and Ashley Adams w/Defendants (All Present/Released)
Defendant(s) Counsel

**PROCEEDINGS:**   X   Open Court  ___ Chambers  ___ SEALED

This is the time set for Status Conference. Pending Motions are discussed. For reasons as stated on the record, the Court rules as follows:

**IT IS ORDERED** denying in part Defendant Sherry Pierce's Motion to Strike the Testimony of Thomas Broderick [Doc. 90] and Amended Defendants James Norton and George Johnson's Motion to Strike Expert [Doc. 105]. **IT IS FURTHER ORDERED** setting a **Motion Hearing for Tuesday, May 8, 2018 at 2:00 PM** re: further argument on Defendant Sherry Pierce's Motion to Strike the Testimony of Thomas Broderick [Doc. 90] and Amended Defendants James Norton and George Johnson's Motion to Strike Expert [Doc. 105].

**IT IS FURTHER ORDERED** denying Defendants' Joint Motion to Preclude the Admission of Evidence Obtained by Improper Use of Rule 17 Subpoenas [Doc. 97].

**IT IS FURTHER ORDERED** denying Defendants Joint Motion to Preclude Untimely Disclosed Evidence [Doc. 166].

**IT IS FURTHER ORDERED** denying Defendant's Motion to Preclude Introduction of Confidential Marital Communications by Defendant Norton [Doc. 102].

**IT IS FURTHER ORDERED** denying Defendant's Motion for Bill of Particulars [Doc. 103].

**IT IS FURTHER ORDERED** denying Defendant's Motion to Dismiss Regarding Improper Grand Jury Proceedings [Doc. 170].

**IT IS FURTHER ORDERED** denying Defendant George Harry Johnson's Motion to Dismiss the Indictment [Doc. 168].

**IT IS FURTHER ORDERED** denying Defendant Sherry Pierce's Motion to Preclude the Testimony of Gayle Burns [Doc. 109].

**IT IS FURTHER ORDERED** granting in part and denying in part Defendants' Joint Motion to Dismiss Indictment Count Two - Duplicity [Doc. 111].

**IT IS FURTHER ORDERED** denying Joint Motion to Dismiss Based on First Amendment Grounds [Doc. 112].

**IT IS FURTHER ORDERED** denying Joint Motion to Dismiss Regarding Statute of Limitations Counts Two and Three [Doc. 116].

Trial schedule,pending motions, trial witnesses, automated presentations/transcripts, trial exhibits and voir dire questions are discussed. The parties invoke the rule for exclusion of witnesses.

Counsel shall submit their final Exhibit and Witness Lists to the Courtroom Deputy, by email, in Word or Word Perfect format on or before 3:00 pm on Thursday, May 24, 2018. **Counsel shall also submit their original court exhibits, Judge's binder of exhibits and (3) hard copies of their Exhibit and Witness Lists to the Courtroom Deputy on or before 3:00 pm on Thursday, May 24, 2018. Counsel shall refer to the Court's website at: www.azd.uscourts.gov for Judge Tuchi's Exhibit Marking Instructions and/or the email sent to counsel on April 10, 2018.**

**IT IS ORDERED** affirming the Trial date for Wednesday, May 30, 2018 at 9:00 a.m. **Counsel to appear by 8:30 a.m.** Estimated length of trial: 15 days. The days for trial will be May 30, 2018 to June 1, 2018; June 5, 2018 to June 8, 2018; June 12, 2018 to June 15, 2018 and June 19, 2018 to June 22, 2018. The jury will consist of 15. Peremptory strikes will be simultaneous. Jurors will be allowed to ask questions during trial.

Time in court: 1 hr. 28 mins.
Start: 3:01 PM
Stop: 4:29 PM