# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CRIMINAL MINUTES

Phoenix Division

**CR-17-00713-PHX-JJT**            DATE: 5/8/2018
Year   Case No.

HON:     JOHN J. TUCHI

United States of America     v.  Gary Leonard Pierce, et al.
   Plaintiff(s)                      Defendant(s)

Deputy Clerk: Julie Martinez     Court Reporter: Elaine Cropper

Frederick Battista and Frank Galati w/Agent Shefveland
Plaintiff(s) Counsel

Patricia Gitre, Hannah Porter, Woodrow Thompson, Ivan Mathew and Ashley Adams w/Defendant George Johnson (present/released); Defendants Gary Pierce, James Norton and Sherry Pierce (presence waived/released)
Defendant(s) Counsel

**PROCEEDINGS:**  X   Open Court ___ Chambers ___ SEALED

This is the time set for Motion Hearing.  Discussion held re: Government's oral motion to continue trial.  For reasons, as stated on the record, **IT IS ORDERED** denying Government's oral motion to continue trial.  **IT IS FURTHER ORDERED** affirming the Trial date for Wednesday, May 30, 2018 at 9:00 a.m.  **Counsel to appear by 8:30 a.m.**

Pending Motions are discussed.  For reasons as stated on the record, the Court rules as follows:

   **IT IS ORDERED** granting Defendant Sherry Pierce's Motion to Allow Witness Marc Spitzer to Appear Via Video-Teleconference at Trial [Doc. 193].  The Court will email defense counsel with the requirements needed for witness Marc Spitzer's appearance via video-teleconference.

   **IT IS FURTHER ORDERED** granting in part Defendant Sherry Pierce's Motion to Strike the Testimony of Thomas Broderick [Doc. 90] and Amended Defendants James Norton and George Johnson's Motion to Strike Expert [Doc. 105] in so far as the motion seeks to preclude lay opinion testimony.  **IT IS FURTHER ORDERED** that defense counsel shall be permitted to interview Mr. Broderick in the presence of counsel for the Government.  The interview will be limited to two hours total.

   **IT IS FURTHER ORDERED** denying Defendants' Joint Motion to Declare the Federal Program Bribery Statute and Honest Services Fraud Statute as Overly Broad and Vague [Doc. 117].

**IT IS FURTHER ORDERED** that the Government shall file their response to Defendant George Harry Johnson's Motion in Limine No 1: Swing First Golf Allegations [Doc. 138] by no later than 10:00 am on Thursday, May 10, 2018.  Defendants' Reply shall be filed by no later than 5:00 pm on Friday, May 11, 2018.

**IT IS FURTHER ORDERED** that the Government shall file their response to Defendant George Harry Johnson's Motion in Limine No 4: Complaints and/or Reputation Re Quality of Services Provided by Johnson Utilities, LLC [Doc. 143] by no later than 10:00 am on Thursday, May 10, 2018.  Defendants' Reply shall be filed by no later than 5:00 pm on Friday, May 11, 2018.

**IT IS FURTHER ORDERED** denying Defendant George Harry Johnson's Motion in Limine No. 2: George Johnson's Salary and Personal Wealth [Doc. 139].

**IT IS FURTHER ORDERED** granting Defendant George Harry Johnson's Motion in Limine No 3: Investigation of Johnson Utilities by Other State or Federal Agencies [Doc. 140].

**IT IS FURTHER ORDERED** denying Defendant George Harry Johnson's Motion in Limine No 5: Proposed Sale of Johnson Utilities LLC to the Town of Florence [Doc. 145].

**IT IS FURTHER ORDERED** denying Norton's Motion in Limine #2 Motion to Preclude Evidence of R&R Partners' Payments to James Norton [Doc. 142] and Norton's Motion in Limine #3 Motion to Preclude Evidence of R&R Partners' Payments from George Johnson [Doc. 144].

**IT IS FURTHER ORDERED** denying Defendant James Norton's Motion in Limine #4: Motion to Preclude Government's Use of Phone Toll Records and Summary Charts [Doc. 147].

> Time in court: 2 hrs. 27 mins.
> Start: 2:05 PM
> Stop: 4:44 PM