ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
FREDERICK A. BATTISTA
Assistant U.S. Attorney
Maryland State Bar Member
Email: Fred.Battista@usdoj.gov
FRANK T. GALATI
Assistant U.S. Attorney
Arizona State Bar No. 003404
Email: Frank.Galati@usdoj.gov
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona  85004
Telephone: 602-514-7500
*Attorneys for the United States*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-17-00713-PHX-JJT (JZB) |
|---|---|
| Plaintiff, | |
| v. | **PROPOSED STATEMENT OF THE CASE** |
| Gary Leonard Pierce, et al., | |
| Defendants. | |

The United States, by and through its attorneys undersigned, proposes the following Statement of the Case because the parties are unable to agree on a proposed joint statement.

Defendants Gary Pierce, George Johnson, James Norton and Sherry Pierce are each charged in an Indictment with one count of conspiracy, one count of federal programs bribery, one count of honest services mail fraud and five counts of honest services wire fraud. By way of background, the indictment alleges that the four defendants engaged in a conspiracy to violate laws pertaining to federal program bribery and honest services wire and mail fraud.  The indictment alleges that the defendants engaged in a scheme to pay Gary Pierce and Sherry Pierce monies in exchange for Gary Pierce providing favorable

actions and decisions at the Arizona Corporation Commission (hereinafter the ACC) for the benefit of Johnson Utilities, a water utility company owned by George Johnson, during the period of in or about August 2011 continuing through in or about February 2013. The indictment alleges that monies were paid to Gary Pierce and Sherry Pierce through a company owned by Kelly Norton, an unindicted co-conspirator, through nine payments of $3,500 during November, 2011 through August, 2012 to Sherry Pierce. In addition, the indictment alleges that in December 2011 Gary Pierce solicited the purchase of real property for him, in Mesa, Arizona, by James Norton, with funds to be provided by George Johnson.

The Indictment is not evidence. The defendants have all pleaded not guilty to the charges. The defendants are presumed to be innocent and do not have to testify of present any evidence to prove innocence. The government has the burden of proving very element of every charge beyond a reasonable doubt.

Respectfully submitted this 10th day of May, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/Frederick A. Battista*
FREDERICK A. BATTISTA
FRANK T. GALATI
Assistant United States Attorneys

/ / /

/ / /

/ / /

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2    I hereby certify that on May 10, 2018, I caused the attached document to be electronically transmitted the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Patricia Ann Gitre, Esq.
*Attorney for defendant Gary Leonard Pierce*

Hannah Hatch Porter, Esq.
Jay Steven Volquardsen, Esq.
Woodrow Charles Thompson, Esq.
*Attorneys for defendant George Harry Johnson*

Ivan Kurian Mathew, Esq.
*Attorney for defendant James Franklin Norton*

Ashley D. Adams, Esq.
*Attorney for defendant Sherry Ann Pierce*

*s/Erica Lane*
U.S. Attorney's Office