# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

## JOINT WITNESS LIST   -   CRIMINAL

☐ Motion to Suppress          ☐ Non-Jury Trial          ☒ Jury Trial

| United States vs. Gary Leonard Pierce et al. | CR-17-0713-PHX-JJT |
|---|---|
| Last, First, Middle Initial | Case Number-Judge                Judge |

☒ GOVERNMENT          ☒ DEFENDANT

|  | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 1. | Babbitt, Ellen | D | | |
| 2. | Beal, Rex | G | | |
| 3. | Belcastro, Christine | D | | |
| 4. | Bennett, Ken | D | | |
| 5. | Biggs, Andrew | D | | |
| 6. | Bourassa, Tom | D | | |
| 7. | Bowers, Rusty | D | | |
| 8. | Bowlin, Carlin (ACC Custodian of Records) | G | | |
| 9. | Briggs, Eric | D | | |
| 10. | Briggs, Mark | D | | |
| 11. | Broderick, Thomas | G | | |
| 12. | Burns, Brenda | G | | |
| 13. | Burns, Gayle | J | | |
| 14. | Burns, Robert | J | | |
| 15. | Court, Steve | D | | |

| | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 16. | Crockett, Jeff | D | | |
| 17. | Cox Communications Custodian of Records (TBD) | G | | |
| 18. | Deguire, Adam | D | | |
| 19. | First Fidelity Bank Custodian of Records (TBD) | G | | |
| 20. | Fox, Beth (FBI Intelligence Analyst) | G | | |
| 21. | Frome, David | D | | |
| 22. | Glennon, Karen | D | | |
| 23. | GoDaddy.com, LLC Custodian of Records | D | | |
| 24. | Grey, Jeff | D | | |
| 25. | Griswold, Rex | G | | |
| 26. | Hyde, Troy | D | | |
| 27. | Hodges, Danny | D | | |
| 28. | Huffman, Steve | D | | |
| 29. | Johnson, Daniel (FBI Special Agent) | G | | |
| 30. | Johnston, Leona | D | | |
| 31. | Jones, Millicent | D | | |
| 32. | Jones, Ray | D | | |
| 33. | Kennedy, Sandra | G | | |
| 34. | Khananiso, Diana | D | | |
| 35. | LeSueur, John | D | | |
| 36. | Little, Douglas | D | | |
| 37. | Lowry, Samuel | D | | |

| | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 38. | Lundy, Kelsey | D | | |
| 39. | McElfresh, Jayne | D | | |
| 40. | Mayes, Kris | G | | |
| 41. | Microsoft Custodian of Records (TBD) | G | | |
| 42. | Mitchell, Robin | G | | |
| 43. | Murray, Ian | D | | |
| 44. | Nelson, Karen (Wells Fargo Bank) | G | | |
| 45. | Neumeister, Bryan | D | | |
| 46. | Norton, Bruce | D | | |
| 47. | Norton, James Franklin | D | | |
| 48. | Norton, Kelly | G | | |
| 49. | Norton, Lisa | D | | |
| 50. | O'Rourke, John  (FBI Financial Analyst) | G | | |
| 51. | Olea, Steve | G | | |
| 52. | Osborn, Marc | D | | |
| 53. | Pellegrino, Loraine | D | | |
| 54. | Pierce, Kyle | D | | |
| 55. | Pierce, Gary | D | | |
| 56. | Pierce, Sherry | D | | |
| 57. | Pierce, Ryan | D | | |
| 58. | Quinn, Patrick | G | | |
| 59. | Reed, Phillip (Wells Fargo Bank N.A.) | D | | |

| | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 60. | Ribeiro, Carrie | G | | |
| 61. | Rustam, Shana (FBI Intelligence Analyst - Backup) | G | | |
| 62. | Saban, Dan | D | | |
| 63. | Salmon, Matthew | D | | |
| 64. | Sandquist, Jeff | D | | |
| 65. | Selden, David | D | | |
| 66. | Shefveland, Marilyn (FBI Special Agent) | G | | |
| 67. | Shooter, Don | D | | |
| 68. | Smith, Susan | G | | |
| 69. | Spitzer, Marc | D | | |
| 70. | Stump, Christopher Robert | D | | |
| 71. | Swartz, Justin (FBI Special Agent) | G | | |
| 72. | Tate, Bob | D | | |
| 73. | Taylor, Jeff | D | | |
| 74. | Thompson, Tom | D | | |
| 75. | Vakula, Alex | D | | |
| 76. | Van Epps, Eric | D | | |
| 77. | Vigna, Larry (FBI Financial Analyst - Backup) | G | | |
| 78. | Walker, Paul | D | | |
| 79. | Wells Fargo Bank, N.A., Custodian of Records | D | | |
| 80. | White, Lynn | D | | |
| 81. | Zanon, Dan | D | | |

| | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 82. | Zions National Bank Custodian of Records (TBD) | G | | |
| 83. | | | | |
| 84. | | | | |
| 85. | | | | |
| 86. | | | | |
| 87. | | | | |
| 88. | | | | |
| 89. | | | | |
| 90. | | | | |
| 91. | | | | |
| 92. | | | | |
| 93. | | | | |
| 94. | | | | |
| 95. | | | | |
| 96. | | | | |
| 97. | | | | |
| 98. | | | | |
| 99. | | | | |
| 100. | | | | |