## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## CRIMINAL MINUTES

Phoenix Division

**CR-17-00713-PHX-JJT**          DATE: 5/14/2018
Year   Case No.

HON:     JOHN J. TUCHI

United States of America     v.  Gary Leonard Pierce, et al.
Plaintiff(s)                        Defendant(s)

Deputy Clerk: Julie Martinez    Court Reporter: Elaine Cropper

Frederick Battista and Frank Galati w/Agent Shefveland
Plaintiff(s) Counsel

Patricia Gitre, Hannah Porter, Woodrow Thompson, Ivan Mathew and Ashley Adams w/Defendants George Johnson, Gary Pierce, James Norton and Sherry Pierce (present/released)
Defendant(s) Counsel

**PROCEEDINGS:**  X   Open Court  ___ Chambers  ___ SEALED

This is the time set for Final Pretrial Conference.

Juror questionnaires are discussed.  **IT IS ORDERED** sealing the portion of these proceedings regarding the discussion of the juror questionnaires.

Voir dire questions, trial procedures, trial conduct, trial schedule, plea agreement information and exhibits are discussed.

   **IT IS FURTHER ORDERED** affirming the Trial date for Wednesday, May 30, 2018 at 9:00 a.m.  **Counsel to appear by 8:30 a.m.**  The days for trial will be May 30, 2018 to June 1, 2018; June 5, 2018 to June 8, 2018; June 12, 2018 to June 15, 2018, June 19, 2018 to June 22, 2018 and June 26, 2018 to June 29, 2018.

Pending Motions are discussed.  For reasons as stated on the record, the Court rules as follows:

   **IT IS ORDERED** granting Defendant George Harry Johnson's Motion in Limine No 1: Swing First Golf Allegations [Doc. 138] and Defendant George Harry Johnson's Motion in Limine No 4: Complaints and/or Reputation re Quality of Services Provided by Johnson Utilities, LLC [Doc. 143].

   **IT IS FURTHER ORDERED** denying Jim Norton's Motion in Limine #1: Motion to Preclude Use of State Law as Basis for Proving Federal Crime [Doc. 141].

**CR-17-00713-PHX-JJT**
**5/14/2018**
**Page 2**

      **IT IS FURTHER ORDERED** denying, with leave to re-raise, Defendant George Harry Johnson's Motion in Limine No. 6: Political Contributions [Doc. 146].

**LATER: IT IS FURTHER ORDERED** terminating as moot Government's Motion to Correct Record of May 8, 2018 Proceeding [Doc. 208].

      Time in court: 1 hrs. 59 mins.
      Start: 3:00 PM
      Stop: 4:59 PM