ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
FREDERICK A. BATTISTA
Assistant U.S. Attorney
Maryland State Bar Member
Email: Fred.Battista@usdoj.gov
FRANK T. GALATI
Assistant U.S. Attorney
Arizona State Bar No. 003404
Email: Frank.Galati@usdoj.gov
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona  85004
Telephone: 602-514-7500
*Attorneys for the United States*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-17-00713-PHX-JJT (JZB) |
| Plaintiff, | **UNITED STATES' MOTION IN LIMINE TO PRECLUDE EVIDENCE RE: KRIS MAYES** |
| v. | |
| Gary Leonard Pierce, et al., | |
| Defendants. | |

The United States' will call former Arizona Corporation Commissioner Kris Mayes as its first witness.  Ms. Mayes is a former newspaper reporter who worked for the Phoenix Gazette and Arizona Republic from approximately 1994 to 2000. During a trial preparation session that was held on May 23, 2018, Ms. Mayes said the following:

● She worked for the Arizona Republic at the time that it was sold to Gannett Newspapers.

● She estimates that the sale took place about 20 years ago.

● There had been rumors "on the street" of the impending sale.

● She and others at the newspaper bought Gannett stock before the sale.

● Editors said it was permissible to buy Gannett stock.

● She had no inside information.

● Management called her in to discuss the stock purchase.

● Newspaper eventually concluded that no impropriety had occurred.

● There was media coverage of the matter.

● Political opponents raised the issue when Governor Napolitano appointed her to the Arizona Corporation Commission in 2003.

Notes were taken during the trial preparation session and the United States promptly disclosed them to defendants. No defendant has indicated an intention to cross-examine Ms. Mayes about the matter. Nonetheless, the United States brings this motion to avoid a potential issue that may unnecessarily consume precious time during trial.

The United States respectfully submits that the above-described matter is not probative of the witness's character for truthfulness and is otherwise irrelevant to any issue in this case. Accordingly, the Government respectfully requests that the Court preclude any questioning of Ms. Mayes or any other witness about the matter.

Via e mail the undersigned has requested the positions of defense counsel, but has yet received a response.

Respectfully submitted this 29th day of May, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

s/*Frank T. Galati*
FREDERICK A. BATTISTA
FRANK T. GALATI
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2018, I caused the attached document to be electronically transmitted the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

1
2  Patricia Ann Gitre, Esq.
   *Attorney for defendant Gary Leonard Pierce*
3
4  Hannah Hatch Porter, Esq.
   Jay Steven Volquardsen, Esq.
   Woodrow Charles Thompson, Esq.
5  *Attorneys for defendant George Harry Johnson*
6  Ivan Kurian Mathew, Esq.
   *Attorney for defendant James Franklin Norton*
7
8  Ashley D. Adams, Esq.
   *Attorney for defendant Sherry Ann Pierce*
9
10  *s/Frank T. Galati*
    Assistant U.S. Attorney
11  U.S. Attorney's Office
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28