ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
FREDERICK A. BATTISTA
Assistant U.S. Attorney
Maryland State Bar Member
Email: Fred.Battista@usdoj.gov
FRANK T. GALATI
Assistant U.S. Attorney
Arizona State Bar No. 003404
Email: Frank.Galati@usdoj.gov
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
*Attorneys for the United States*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

v.

Gary Leonard Pierce, et al.,

Defendants.

No. CR-17-00713-PHX-JJT (JZB)

**UNITED STATES' MOTION IN LIMINE TO PRECLUDE PRESENTATION OF IMAGES CONTAINED DEFENDANTS GARY AND SHERRY PIERCE'S OPENING STATEMENT**

**(Expedited Ruling Requested)**

The United States respectfully moves, *in limine*, for the preclusion of numerous photographs and two images contained in defendants Gary and Sherry Pierce's proposed joint PowerPoint presentation for the upcoming opening statements. In its present form, the PowerPoint contains numerous gratuitous photos of the Pierce and their family members. The photos are irrelevant, prejudicial and are clearly designed to attempt to improperly garner sympathy from the jury. Briefly, the photos are described as follows (slide numbers are estimated):[1]

3. Pierces with 12 smiling grandchildren;

[1] Two other photos appear to be from an Accurint data-base which lack foundation.

4. Pierces smiling and hugging by a body of water;

5. Pierces smiling and hugging by a body of water;

11. Pierce family photo with approximately 20 family members including children and grandchildren;

14 and 15. The same imagine in both slides which contains a list of property from the service known as Accurint. The foundation of the information from the Accurint is unknown;

16. Sherry Pierce with three Congressional staffers holding hearts that spell out "Sending our thoughts prayers;"

21. Gary and Sherry Pierce embracing in a slide captioned "The evidence will show Sherry complied with her contract terms;"

26. Gary and Sherry Pierce embracing in a slide captioned "The Government must prove bribery or *quid pro quo;*"

30. Gary Pierce kissing Sherry Pierce;

31 – 34. Four photos as Gary Pierce acting as a public servant, the United States has asked the defendants to pick one and they have declined;

35. Gary Pierce being sworn in for public office and Sherry Pierce standing next to him holding a bible; and,

40. Gary and Sherry Pierces in party attire at a social function, the photo is dated 2/25/2011.

For the forgoing reasons, the United States requests that the images be precluded.

Respectfully submitted this 29th day of May, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/Frederick A. Battista*
FREDERICK A. BATTISTA
FRANK T. GALATI
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2018, I caused the attached document to be electronically transmitted the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Patricia Ann Gitre, Esq.
*Attorney for defendant Gary Leonard Pierce*

Hannah Hatch Porter, Esq.
Jay Steven Volquardsen, Esq.
Woodrow Charles Thompson, Esq.
*Attorneys for defendant George Harry Johnson*

Ivan Kurian Mathew, Esq.
*Attorney for defendant James Franklin Norton*

Ashley D. Adams, Esq.
*Attorney for defendant Sherry Ann Pierce*

*s/Erica Lane*
U.S. Attorney's Office