Patricia A. Gitre,
State Bar No: 011864
PATRICIA A. GITRE, P.L.C.
801 N. 1st Avenue
Phoenix, AZ 85003
(602-320-0314
patgitre@patriciagitre.com
Attorney for Defendant Gary L. Pierce

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 17-00713-PHX-JJT (JZB) |
| Plaintiff, | |
| vs. | MOTION TO PRECLUDE TOLL AND TEXT SUMMARY CHARTS |
| Gary L. Pierce (1), | |
| Defendant. | |

Patricia A. Gitre on behalf of Gary Pierce moves to preclude the Government from introducing any Toll/text summary chart for which they have not established a certified subscriber. All defendants join in this motion.

On 5/15/2018 all summary charts were due from the government {Dkt 85]. The government missed that deadline. On 5/8/2018, the court denied Defendants' Motion in Limine regarding the toll/text summary charts [147]. The government represented that the 20 telephone/text summary charts were accurate. They were not. On 5/14/ 2018 Defendants raised the issue again with the Court explaining that the problems with the charts including the lack of certification of subscriber numbers. The Court ordered that the government produce the corrected summary charts by 5/18/18. The government produced

-1-

excel charts but expanded Exhibit 19 *20 to 40 summary chart*s without certified subscribers' documents for all charts.[1] The summary charts are **2** integrated toll/text summary charts (one for Jim Norton and one for Gary Pierce); **18** summary charts for toll calls and texts between Gary Pierce and others; **18** charts for calls/texts between Jim Norton and others. Finally, there are 2 summary charts to establish the total of calls/texts from July 2011 through February ,2013 for Gary Pierce and for James Norton. This is truly a trial by charts.

As of 5/26/2018 the government was able to certify subscribers Johnson International, Law firm Brownstein Hyatt Farber Schreck LLP, Alan Heywood and Garry Hayes. It did not produce certified records for the following people:

1) Danny Hodges
2) Jeff Crockett
3) Ellen Babbitt
4) Brian Thompsett
5) John LeSueur
6) Paul J. Walker
7) Kelly Norton
8) Sherry Pierce[2]

The government had 15 months to subpoena and collect this information before and after the indictment. Defense counsel cannot prepare for trial **and** continue to review the government's discovery/ exhibits to determine whether these charts are accurate. The Court said at the first final pretrial conference that there will be a day as we get closer to trial when the discovery (particularly record collection for trial) must stop. That day has

---

[1] This does not include 10 other summary charts of documents that the government intends to introduce.

[2] The government did not disclose subpoenaed toll/text records for Kelly Norton or Sherry Pierce.

come. Defendants respectfully request the Court preclude any Government toll/text summary chart that are unsupported by certified subscriber information.

Respectfully submitted on May 29, 2018

/s/ Patricia A. Gitre
Attorney for Gary L. Pierce

CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2018 I electronically transmitted by this notice to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/Patricia A. Gitre
Attorney for Defendant Gary L. Pierce