# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CRIMINAL MINUTES - JURY TRIAL

Phoenix Division

CR-17-00713-PHX-JJT          DATE:  5/30/2018
   Year  Case No  Initials

Title:  United States of America     vs.  Gary Leonard Pierce, et al.
           Plaintiff                          Defendant

==============================================================================

HON: JOHN J. TUCHI

Julie Martinez                           Elaine Cropper
Deputy Clerk                             Court Reporter

**Attorney(s) for Plaintiff(s)**         **Attorney(s) for Defendant(s)**

Frederick Battista and Frank Galati      Patricia Ann Gitre, Hannah Porter, Woodrow Thompson,
w/Agent Shefveland                       Ivan Mathew, Susan Mathew, Steven Cheifetz and Ashley
                                         Adams (w/all defendants present and out of custody)

==============================================================================
**PROCEEDINGS:    FINAL PRETRIAL    X  JURY TRIAL    X   VOIR DIRE      JURY SWORN**

Trial day #  1

8:32 a.m.  Court convenes.  Jury panel is not present.  Frye hearing held.  The Court and defendants are advised as to the Government's plea offer.  Defendants advise the Court they wish to reject the plea offer and proceed to trial.  Discussion is held re: pending motions, exhibits, jury selection seating, attorney rooms, admission of exhibits, redacted exhibits, transcripts, voir dire, opening statements, peremptory strikes and juror alternates.  For reasons as stated on the record, IT IS ORDERED denying as moot the United States' Motion in Limine to Preclude Evidence re: Kris Mayes (Doc. 228).  IT IS FURTHER ORDERED granting in part and denying in part Defendant Sherry Pierce's Motion for Reconsideration of the Court's Order re: Dkt. 141 Government's Evidence of State Law Violations (Doc. 229).  IT IS FURTHER ORDERED granting in part and denying in part Defendant Sherry Pierce's Expedited Motion to Determine the Admissibility of the Pierce's Opening Presentation (Doc. 230).  IT IS FURTHER ORDERED granting in part and denying in part the United States' Motion in Limine to Preclude Presentation of Images Contained Defendants Gary and Sherry Pierce's Opening Statement (Doc. 231).  IT IS FURTHER ORDERED granting Defendant Sherry Pierce's Motion to Allow Congressman Andy Biggs to Appear Via Video-Teleconference at Trial (Doc. 232).  IT IS FURTHER ORDERED that counsel for Sherry Pierce shall make the necessary arrangements for Congressman Andy Biggs to Appear Via Video-Teleconference for trial.  IT IS FURTHER ORDERED taking under advisement Defendant's Motion to Preclude Toll and Text Summary Charts (Doc. 233).  9:35 a.m.  Court is in recess.

9:45 a.m.  Court reconvenes.  Jury panel is not present.  Discussion held re: jury panel.  9:47 a.m Court is in recess.

**CR-17-00713-PHX-JJT**
**5/30/2018**
**Page 2**

9:50 a.m.  Court reconvenes.  Jury panel is seated and administered the oath.  Voir dire commences.  11:04 a.m.  Jury exits the courtroom.  Jurors #10 and 60 are questioned outside the presence of the jury.  Juror #60 is excused.  11:11 a.m.  Court is in recess.

11:21 a.m.  Court reconvenes.  Jury panel is present.  Voir dire continues.  12:35 p.m.  Jury exits the courtroom.  Discussion held re: exhibits and schedule.  12:39 p.m.  Court is in recess.

1:53 p.m.  Court reconvenes.  Jury panel is not present.  Discussion held re: strikes for cause.  Jurors 1, 5, 8, 9, 10, 18, 28, 30, 36, 42, 44, 53, 55, 58, 63, 70 and 77 are stricken for cause.  2:04 p.m.  Jury panel is present.  Voir dire continues.  3:25 p.m.  Jury exits the courtroom.  Juror #2 is questioned outside the presence of the jury.  3:29 p.m.  Court is in recess.

3:41 p.m.  Court reconvenes.  Jury panel is not present.  Discussion held re: juror contact and pending motion.  IT IS FURTHER ORDERED granting Defendant Sherry Pierce's Motion to Allow Former U.S. Representative Matt Salmon to Appear Via Video-Teleconference at Trial (Doc. 235).  IT IS FURTHER ORDERED that counsel for Sherry Pierce shall make the necessary arrangements for Former U.S. Representative Matt Salmon to Appear Via Video-Teleconference for trial.  The Court enquires if counsel will have challenges for cause.  Discussion held re: strikes.  4:16 p.m.  Court is in recess, while counsel make their peremptory strikes.

4:26 p.m.  Court reconvenes.  Jury panel is not present.  Juror #57 is questioned outside the presence of the jury.  4:31 p.m.  Court is in recess, while counsel continues with their peremptory strikes.

4:40 p.m.  Court reconvenes.  Jury panel is not present.  Discussion held re: peremptory strikes.  4:50 p.m.  Jury panel is present.  A jury of 16 are seated and admonished.  Jurors selected are 4, 7, 20, 23, 24, 25, 26, 29, 34, 35, 37, 46, 47, 49, 50 and 54 (now referred to as jurors 1 through 16 for purposes of trial).  4:59 p.m.  Jury exits the courtroom.  Discussion held re: pending motion and schedule.  IT IS ORDERED that Defendant's briefing re: the telephone summary charts is due by no later than 8:00 p.m., Saturday, 6/2/2018.  Government's response is due by no later than 8:00 p.m., Sunday, 6/3/2018.

5:03 p.m.  Court stands at recess until 8:30 a.m., 5/31/2018.

>Time in Court: 6 hrs. 23 min.
>Start: 8:32 AM
>Stop: 5:03 PM