**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL MINUTES - JURY TRIAL**

Phoenix Division

CR-17-00713-PHX-JJT          DATE:  5/31/2018
   Year   Case No  Initials

Title:  United States of America          vs.   Gary Leonard Pierce, et al.
    Plaintiff                                      Defendant
====================================================================

HON: JOHN J. TUCHI

| Julie Martinez | Elaine Cropper |
|---|---|
| Deputy Clerk | Court Reporter |

**Attorney(s) for Plaintiff(s)**              **Attorney(s) for Defendant(s)**

Frederick Battista and Frank Galati         Patricia Ann Gitre, Hannah Porter, Woodrow Thompson,
w/Agent Shefveland                          Ivan Mathew, Susan Mathew, Steven Cheifetz and Ashley
                                                                                            Adams (w/all defendants present and out of custody)

====================================================================
**PROCEEDINGS:     FINAL PRETRIAL    X JURY TRIAL       VOIR DIRE   X   JURY SWORN**

Trial day #  2

8:31 a.m.  Court convenes.  Jury is not present.  Discussion is held re: schedule, witnesses, Motion in Limine (Doc. 228) and exhibits.  For reasons as stated on the record, IT IS ORDERED granting the United States' Motion in Limine to Preclude Evidence re: Kris Mayes (Doc. 228).  IT IS FURTHER ORDERED that Defendant's briefing re: the 1099 issue is due by no later than 8:00 p.m., Saturday, 6/2/2018.  Government's response is due by no later than 8:00 p.m., Sunday, 6/3/2018.  8:51 a.m.  Court is in recess.

9:02 a.m.  Court reconvenes.  Jury is present.  Jury is sworn.  The Court reads the preliminary jury instructions.  Opening statements.  10:45 a.m.  Jury exits the courtroom.  Discussion held re: schedule.  10:47 a.m Court is in recess.

10:58 a.m.  Court reconvenes.  Jury is not present.  Discussion held re: electronic presentations.  11:03 a.m.  Jury is present.  Opening statements continue.  12:15 p.m.  Jury exits the courtroom.  12:16 p.m.  Court is in recess.

1:42 p.m.  Court reconvenes.  Jury is not present.  Discussion held re: jurors and exhibits.  Exhibits 1-7, 1-9, 1-10, 1-11, 1-12, 1-13 and 1-14 are admitted pursuant to the parties' Stipulation.  2:00 p.m.  Jury is present.  Discussion held.  **Government's case:**  Kris Mayes is sworn and examined.  3:13 p.m.  Jury exits the courtroom.  Discussion held re: objections.  3:14 p.m.  Court is in recess.

3:31 p.m.  Court reconvenes.  Jury is not present.  Discussion held.  3:35 p.m.  Jury is present.  Examination of Kris Mayes continues.  4:41 p.m.  Jury exits the courtroom.  Discussion held re: juror #8.

4:56 p.m.  Court stands at recess until 8:30 a.m., 6/1/2018.

Time in Court: 6 hrs. 20 min.
Start: 8:31 AM
Stop: 4:56 PM