# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CRIMINAL MINUTES - JURY TRIAL

Phoenix Division

CR-17-00713-PHX-JJT             DATE:  6/15/2018
    Year   Case No   Initials

Title:  United States of America        vs.   Gary Leonard Pierce, et al.
      Plaintiff                                              Defendant

===========================================================================

HON: JOHN J. TUCHI

| Julie Martinez | Elaine Cropper |
|---|---|
| Deputy Clerk | Court Reporter |

**Attorney(s) for Plaintiff(s)**            **Attorney(s) for Defendant(s)**

Frederick Battista and Frank Galati         Patricia Ann Gitre, Hannah Porter, Woodrow Thompson,
w/Agent Shefveland                          Ivan Mathew, Susan Mathew, Steven Cheifetz and Ashley
                                            Adams (w/all defendants present and out of custody)

===========================================================================

**PROCEEDINGS:**   ___FINAL PRETRIAL   _X_ JURY TRIAL   ___ VOIR DIRE   ___ JURY SWORN

Trial day #  10

8:31 a.m.  Court convenes.  Jury is not present.  Discussion held re: pending sealed motion.  Separate Order to follow.  Discussion held re: exhibit 602.  Exhibit 602, previously admitted on 6/14/2018 has been withdrawn.  8:43 a.m.  Court is in recess.

8:58 a.m.  Court reconvenes.  Jury is not present.  Discussion held re: witnesses.  9:15 a.m.  Jury is present.  **Defendants' case continues:** Examination of Sherry Pierce continues.  Exhibits 521 through 523, 525 through 534, 536 through 597, 1163, 1163-2 through 1163-8 and 1286 are admitted.  10:29 a.m.  Jury exits the courtroom.  Discussion held re: witnesses.  10:31 a.m.  Court is in recess.

10:50 a.m.  Court reconvenes.  Discussion held re: cell phones.  10:53 a.m.  Jury is present.  Examination of Sherry Pierce continues.  Exhibits 518, 1124, 1181, 1229 through 1231, 1240 through 1244, 1248, 1250 and 1287 are admitted.  12:01 p.m.  Jury exits the courtroom.  12:02  Court is in recess.

1:26 p.m.  Court reconvenes.  Jury is not present.  Discussion held re: Witnesses.  1:29 p.m.  Jury is present.  Defendant's witness taken out of order.  Karen Glennon is sworn and examined.  Exhibits 1111 and 1112 are admitted.  Witness is excused.  Alex Vakula is sworn and examined.  Juror question is addressed.  Witness is excused.  Examination of Sherry Pierce continues.  Exhibits 656 and 1288 are admitted.  2:50 p.m.  Jury exits the courtroom.  Discussion held re: witnesses.  2:53 p.m.  Court is in recess.

3:15 p.m.  Court reconvenes.  Discussion held re: witnesses.  3:21 p.m.  Jury is present.  Examination of Sherry Pierce continues.  Exhibits 517, 1008, 1009 and 1163-1 are admitted.  Juror questions are addressed.  Witness is excused.  4:44 p.m.  Jury exits the courtroom.  Discussion held re: schedule.

**CR-17-00713-PHX-JJT**
**6/15/2018**
**Page 2**

4:51 p.m.  Court stands at recess until 8:30 a.m., 6/19/2018.

                                        Time in Court: 6 hrs. 0 mins.
                                        Start: 8:31 AM
                                        Stop: 4:51 PM