# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CRIMINAL MINUTES - JURY TRIAL

Phoenix Division

CR-17-00713-PHX-JJT                   DATE: 6/26/2018
   Year   Case No   Initials

Title: United States of America       vs.   Gary Leonard Pierce, et al.
      Plaintiff                                                    Defendant

=================================================================================

HON: JOHN J. TUCHI

| Julie Martinez | Elaine Cropper |
|---|---|
| Deputy Clerk | Court Reporter |

**Attorney(s) for Plaintiff(s)**                **Attorney(s) for Defendant(s)**

Frederick Battista and Frank Galati          Patricia Ann Gitre, Hannah Porter, Woodrow Thompson,
w/Agent Shefveland                           Ivan Mathew, Susan Mathew, Steven Cheifetz and Ashley
                                             Adams (w/all defendants present and out of custody)

=================================================================================

**PROCEEDINGS:** ___ FINAL PRETRIAL   **X** JURY TRIAL   ___ VOIR DIRE   ___ JURY SWORN

Trial day # 15

9:02 a.m. Court convenes. Jury is not present. 9:05 a.m. Jury is present. **Defendants' case continues:** Examination of Dan Saban continues. Exhibit 1271 is admitted. Witness is excused. 10:40 a.m. Jury exits the courtroom. 10:42 a.m. Court is in recess.

10:58 a.m. Court reconvenes. Jury is not present. 10:59 a.m. Jury is present. Defendants rest. **Government's Rebuttal case:** Gayle Burns is sworn and examined. Exhibits 1302 through 1308, 1310, 1312, 1313, 1315 and 1316 are admitted pursuant to the parties' stipulation. 12:15 p.m. Jury exits the courtroom. 12:16 p.m. Court is in recess.

1:29 p.m. Court reconvenes. Jury is not present. 1:32 p.m. Jury is present. Examination of Gayle Burns continues. Witness is excused. Government rests. 2:12 p.m. Jury exits the courtroom and released for the day. Discussion held with Jurors #6 and #14 outside the presence of the jury. IT IS ORDERED excusing juror #6. Discussion held re: final jury instructions and pending motion. 2:16 p.m. Court is in recess.

2:50 p.m. Court reconvenes. Jury is not present. Discussion held re: final jury instructions and schedule. IT IS FURTHER ORDERED setting a **Status Hearing for Wednesday, June 27, 2018 at 1:30 PM** for the parties to review jury instructions.

4:25 p.m. Court stands at recess until 1:30 p.m., 6/27/2018. Jury trial will resume on 6/28/2018 at 8:30 a.m.

                                                                                                    Time in Court: 5 hrs. 21 min.
                                                                                                     Start: 9:02 AM
                                                                                                     Stop: 4:25 PM