**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL MINUTES - JURY TRIAL**

Phoenix Division

CR-17-00713-PHX-JJT                DATE: 6/28/2018
    Year   Case No  Initials

Title:  United States of America     vs.  Gary Leonard Pierce, et al.
           Plaintiff                           Defendant
=================================================================

HON: JOHN J. TUCHI

| Julie Martinez | Elaine Cropper |
|---|---|
| Deputy Clerk | Court Reporter |

**Attorney(s) for Plaintiff(s)** | **Attorney(s) for Defendant(s)**

Frederick Battista and Frank Galati | Patricia Ann Gitre, Hannah Porter, Woodrow Thompson, Ivan Mathew, Susan Mathew, Steven Cheifetz and Ashley Adams (w/all defendants present and out of custody)
w/Agent Shefveland

=================================================================
**PROCEEDINGS:___FINAL PRETRIAL   X  JURY TRIAL   ___VOIR DIRE   ___JURY SWORN**

Trial day # 16

8:33 a.m. Court convenes. Jury is not present. 8:34 a.m. Jury is present. The Court reads the final jury instructions. 9:32 a.m. Jury exits the courtroom. 9:35 a.m. Court is in recess.

9:42 a.m. Court reconvenes. Jury is not present. Discussion held re: final jury instructions. 9:45 a.m. Jury is present. Closing arguments. 12:10 p.m. Jury exits the courtroom and court is in recess.

1:25 p.m. Court reconvenes. Jury is not present. Discussion held re: final jury instructions. 1:28 p.m. Jury is present. Closing arguments continue. 2:49 p.m. Jury exits the courtroom and court is in recess.

3:00 p.m. Court reconvenes. Jury is not present. 3:03 p.m. Jury is present. Closing arguments continue. 4:19 p.m. Jury exits the courtroom and court is in recess.

4:31 p.m. Court reconvenes. Jury is present. Closing arguments continue. 5:44 p.m. Jury exits the courtroom. Discussion held re: schedule.

5:45 p.m. Court stands at recess until 9:00 a.m., 6/29/2018.

Time in Court: 7 hrs. 26 min.
Start: 8:33 AM
Stop: 5:44 PM