**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL MINUTES - JURY TRIAL**

Phoenix Division

CR-17-00713-PHX-JJT          DATE: 6/29/2018
    Year   Case No   Initials

Title:  United States of America         vs.   Gary Leonard Pierce, et al.
    Plaintiff                                          Defendant

======================================================================

HON: JOHN J. TUCHI

| Julie Martinez | Elaine Cropper |
|---|---|
| Deputy Clerk | Court Reporter |

**Attorney(s) for Plaintiff(s)**      **Attorney(s) for Defendant(s)**

Frederick Battista and Frank Galati    Patricia Ann Gitre, Hannah Porter, Woodrow Thompson,
w/Agent Shefveland    Ivan Mathew, Susan Mathew, Steven Cheifetz and Ashley
   Adams (w/all defendants present and out of custody)

======================================================================

**PROCEEDINGS:  __ FINAL PRETRIAL   X  JURY TRIAL   __  VOIR DIRE   __  JURY SWORN**

Trial day # 17

8:56 a.m. Court convenes. Jury is not present. Discussion held re: jurors and closing arguments. 9:18 a.m. Jury is present. Closing arguments continue. Juror #9 is selected as the alternate. Bailiff is sworn to take charge of the jury. 9:48 a.m. Jury leaves the courtroom to commence deliberations. Discussion held re: contact information, schedule and exhibits. Exhibits 1-17, 1-25 and 1-35, previously admitted on 6/1/2018 have been withdrawn. 10:00 a.m. Court is in recess.

10:16 a.m. The jury is excused for a morning break. 10:28 a.m. The Court is advised the jury is present and begins deliberations.

12:00 p.m. The jury has ceased deliberations for the lunch break. 1:17 p.m. The Court is advised the jury has returned from the lunch break and resumes deliberations.

2:36 p.m. The jury is excused for an afternoon break. 2:52 p.m. The Court is advised the jury is present and resumes deliberations.

4:30 p.m. Jury is excused for the day and will return on 7/10/2018 at 9:00 a.m. to continue deliberations. Court stands at recess until 9:00 a.m., 7/10/2018.

Time in Court: 1 hr. 4 min.
Start: 8:56 AM
Stop: 4:30 PM