# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CRIMINAL MINUTES - JURY TRIAL

Phoenix Division

CR-17-00713-PHX-JJT          DATE: 7/10/2018
   Year  Case No  Initials

Title: United States of America          vs.   Gary Leonard Pierce, et al.
       Plaintiff                                              Defendant
================================================================================

HON: JOHN J. TUCHI

| Julie Martinez | Elaine Cropper |
|---|---|
| Deputy Clerk | Court Reporter |

**Attorney(s) for Plaintiff(s)**           **Attorney(s) for Defendant(s)**

Frederick Battista and Frank Galati        Patricia Ann Gitre, Hannah Porter, Woodrow Thompson, Ivan Mathew, and Ashley Adams (defendants not present and out of custody)

================================================================================

**PROCEEDINGS:  __ FINAL PRETRIAL   X  JURY TRIAL    __ VOIR DIRE    __ JURY SWORN**

Trial day # 18

9:05 a.m. The Court is advised that the jury is present and resumes deliberations.

10:25 a.m. The jury is excused for the morning break. 10:41 a.m. The Court is advised the jury has returned from the morning break and resumes deliberations.

11:55 a.m. The jury as ceased deliberations for the lunch break. 1:15 p.m. The Court is advised the jury has returned from the lunch break and resumes deliberations.

2:55 p.m. The jury is excused for the afternoon break. 3:10 p.m. The Court is advised the jury is present and resumes deliberations.

3:26 p.m. Court reconvenes. Jury is not present. Counsel is present telephonically. Defendants presence is waived. Jury question is discussed. 3:32 p.m. Court is in recess.

4:03 p.m. Court reconvenes. Jury is not present. Counsel is present telephonically. Defendants presence is waived, except James Norton is present and appearing telephonically. Discussion re: jury question continues. Written answer will be provided to the jury. Discussion held re: schedule.

4:31 p.m. Jury is excused for the day and will return on 7/11/2018 at 9:00 a.m. to continue deliberations.

Court stands at recess until 9:00 a.m., 7/11/2018. Counsel to be present in court at 4:00 p.m. on 7/11/2018.

                                                                                               Time in Court: 34 mins.
                                                                                               Start: 9:05 AM
                                                                                               Stop: 4:31 PM