# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CRIMINAL MINUTES - JURY TRIAL

Phoenix Division

CR-17-00713-PHX-JJT          DATE:  7/11/2018
    Year   Case No   Initials

Title:  United States of America       vs.   Gary Leonard Pierce, et al.
      Plaintiff                         Defendant
==============================================================================

HON: JOHN J. TUCHI

| Julie Martinez | Elaine Cropper |
|---|---|
| Deputy Clerk | Court Reporter |

**Attorney(s) for Plaintiff(s)**               **Attorney(s) for Defendant(s)**

Frederick Battista and Frank Galati          Patricia Ann Gitre, Hannah Porter, Woodrow Thompson,
w/Agent Shefveland                           Ivan Mathew, and Ashley Adams (defendants not present
                                          and out of custody)

==============================================================================
**PROCEEDINGS:** ___FINAL PRETRIAL   _X_ JURY TRIAL   ___VOIR DIRE   ___JURY SWORN

Trial day # 19

9:01 a.m. The Court is advised that the jury is present and resumes deliberations.

10:20 a.m. The jury is excused for the morning break.  10:44 a.m. The Court is advised the jury has returned from the morning break and resumes deliberations.

11:56 a.m.  The jury as ceased deliberations for the lunch break.  1:21 p.m. The Court is advised the jury has returned from the lunch break and resumes deliberations.

2:53 p.m.  The jury is excused for the afternoon break.  3:13 p.m. The Court is advised the jury is present and resumes deliberations.

4:02 p.m.  Court reconvenes. Jury is not present. Counsel is present. Defendants presence is waived, except James Norton is present. Discussion held re: jury notes and schedule.  4:31 p.m.  Jury is present. Discussion held re: schedule.  4:36 p.m. Jury is excused for the day and will return on 7/17/2018 at 8:30 a.m. to continue deliberations.  4:38 p.m.  Court is in recess.

Court stands at recess until 8:30 a.m., 7/17/2018.

                                        Time in Court: 36 minutes
                                        Start: 9:01 AM
                                        Stop: 4:38 PM