Exhibit 1

Defendants' Motion for an Evidentiary Hearing re Juror 7

| | |
|---|---|
| **From:** | Julie_Martinez@azd.uscourts.gov |
| **To:** | frank.galati@usdoj.gov; Fred.Battista@usdoj.gov; hannah.porter@gknet.com; ikmathew@mathewlaw.com; Patricia Gitre; woody.thompson@gknet.com; Swcheifetz@gmail.com; aadams@azwhitecollarcrime.com |
| **Subject:** | CR-17-713-PHX-JJT: USA v. Pierce et al. (Question) |
| **Date:** | Tuesday, July 10, 2018 3:02:22 PM |
| **Importance:** | High |

Hello Counsel -

We have a question from the jury and Judge Tuchi will allow all counsel to appear telephonically, however you will all need to conference yourselves together and call into chambers. Please call in at 3:20pm to chambers and they will transfer you into the audio line in the courtroom.


Thank you,
Julie Martinez
Courtroom Deputy for Judge Tuchi
(602) 322-7243 (voice)
(602) 322-7239 (fax)