Exhibit 2

# Defendants' Motion for an Evidentiary Hearing re Juror 7

| | |
|---|---|
| **From:** | Julie_Martinez@azd.uscourts.gov |
| **To:** | frank.galati@usdoj.gov; Fred.Battista@usdoj.gov; hannah.porter@gknet.com; ikmathew@mathewlaw.com; Patricia Gitre; woody.thompson@gknet.com; Swcheifetz@gmail.com; aadams@azwhitecollarcrime.com |
| **Subject:** | Re: CR-17-713-PHX-JJT: USA v. Pierce et al. (Question) |
| **Date:** | Tuesday, July 10, 2018 3:42:29 PM |
| **Attachments:** | Juror Question.pdf |
| | JJT-Jury Question 1 071018 draft resp.pdf |
| **Importance:** | High |

Juror question is this attached PDF:

This is Judge Tuchi's proposed response PDF:

Thank you,
Julie Martinez
Courtroom Deputy for Judge Tuchi
(602) 322-7243 (voice)
(602) 322-7239 (fax)

From    Julie Martinez/AZD/09/USCOURTS
To      frank.galati@usdoj.gov, Fred.Battista@usdoj.gov, hannah.porter@gknet.com, ikmathew@mathewlaw.com,
patgitre@patriciagitre.com, woody.thompson@gknet.com, Swcheifetz@gmail.com, aadams@azwhitecollarcrime.com
Date:   07/10/2018 03:02 PM
Subject:   CR-17-713-PHX-JJT: USA v. Pierce et al. (Question)

Hello Counsel -

We have a question from the jury and Judge Tuchi will allow all counsel to appear telephonically, however
you will all need to conference yourselves together and call into chambers.  Please call in at 3:20pm to
chambers and they will transfer you into the audio line in the courtroom.

Thank you,
Julie Martinez
Courtroom Deputy for Judge Tuchi
(602) 322-7243 (voice)
(602) 322-7239 (fax)

## JURY QUESTION

Date: 7 / 10 / 18

*******************************

QUESTION: I am requesting clarification Re: Jury Instruction #11 that indicates each defendant stands alone when deciding guilty/not guilty. Jury instruction #23 indicates if one commits a crime the others have committed the crime.
Do each of the defendants stand alone on all charges or are they intertwined?

#7

JUROR NUMBER

RESPONSE:

_____

JUDGE'S SIGNATURE/DATE

Jury Instruction 11 correctly states that you must consider each charge as against each defendant separately. This applies to all charges and all defendants. Jury Instruction 23 pertains only if you have found that the conspiracy as charged existed, and instructs that if you have concluded "Defendant A" was a member of that conspiracy, then where any member of that conspiracy commits a crime in furtherance of the conspiracy, Defendant A has also committed that crime. Conversely, if you have not concluded that Defendant A was a member of the charged conspiracy, even if you have found the conspiracy as charged existed and a member of the conspiracy commit a crime in furtherance of it, then under Jury Instruction 23, Defendant A has not committed that crime. So you still must consider each defendant separately as to each charge, as instructed in Instruction 11.