Exhibit 3

Defendants' Motion for an Evidentiary Hearing re Juror 7

## July 2018

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 1 ✗ | 2 ✗ | 3 ✗ | 4 ✗ | 5 ✗ | 6 ✗ | 7 ✗ |
| 8 ✗ | 9 ✗ | 10 ✗ | 11 ✗ | 12 Access NO & DELIBERATIONS | 13 NO # & DELIBERATIONS | 14 ✗ |
| 15 ✗ | 16 NOT AVAILABLE #11, #13 | 17 #10 needs to leave at 3:15pm | 18 | 19 NOT AVAILABLE #4 | 20 NOT AVAILABLE #12, #4 | 21 ✗ |
| 22 ✗ | 23 | 24 | 25 NOT AVAILABLE #13 | 26 NOT AVAILABLE #10, #11, #13 | 27 NOT AVAILABLE #10, #11, #13 | 28 ✗ |
| 29 ✗ | 30 NOT AVAILABLE #15 | 31 Judge not Available (trial 8/7/18) | | | | |

JURY QUESTION

Date: 7/11/18

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION: This is not a question, it is a disclosure. I wrote down information from the trial while at home. I brought the notes to the jury room on 7/10/18. The purpose was to arrange my thoughts so I could present my views in a precise manner. I did not research any outside information. I will provide the notes if requested.

#7
JUROR NUMBER

RESPONSE:

JUDGE'S SIGNATURE/DATE