ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
FREDERICK A. BATTISTA
Assistant U.S. Attorney
Maryland State Bar Member
Email: Fred.Battista@usdoj.gov
FRANK T. GALATI
Assistant U.S. Attorney
Arizona State Bar No. 003404
Email: Frank.Galati@usdoj.gov
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona  85004
Telephone: 602-514-7500
*Attorneys for the United States*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Gary Leonard Pierce, et al.,<br><br>　　　　　　Defendants | No. CR-17-00713-PHX-JJT (JZB)<br><br>**RESPONSE TO DEFENDANTS' MOTION FOR EVIDENTIARY HEARING RE: CONDUCT OF JUROR 7**<br>**[Doc. 356]** |

　　　Defendants have filed a motion asking that the Court set an evidentiary hearing "with respect to Juror No. 7 deliberating outside of the jury room." Motion, at 1. The issues raised by the motion were fully considered in open court on July 11, 2018. After hearing from all parties, the Court then correctly ruled that no basis exists to *voir dire* Juror No. 7 or to otherwise intrude upon the jury's ongoing deliberations. Because defendants' motion raises nothing new, the United States will not at this time file a substantive response. Of course, should the Court request a response, the Government will do as requested.

//

//

Respectfully submitted this 16th day of July, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/Frank T. Galati*

FREDERICK A. BATTISTA
FRANK T. GALATI
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing.

I hereby certify that on this same date, I served the attached document by electronic mail, on the following:

Patricia Ann Gitre, Esq.
*Attorney for defendant Gary Leonard Pierce*

Hannah Hatch Porter, Esq.
Jay Steven Volquardsen, Esq.
Woodrow Charles Thompson, Esq.
*Attorneys for defendant George Harry Johnson*

Ivan Kurian Mathew, Esq.
*Attorney for defendant James Franklin Norton*

Ashley D. Adams, Esq.
*Attorney for defendant Sherry Ann Pierce*


*s/Sally Hawley*
U.S. Attorney's Office