**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL MINUTES - JURY TRIAL**

Phoenix Division

CR-17-00713-PHX-JJT        DATE:  7/11/2018
  Year   Case No  Initials

Title:  United States of America        vs.  Gary Leonard Pierce, et al.
         Plaintiff                              Defendant
================================================================================

HON: JOHN J. TUCHI

Julie Martinez                          Elaine Cropper
Deputy Clerk                            Court Reporter

**Attorney(s) for Plaintiff(s)**        **Attorney(s) for Defendant(s)**

Frederick Battista and Frank Galati     Patricia Ann Gitre, Hannah Porter, Woodrow Thompson,
w/Agent Shefveland                      Ivan Mathew, and Ashley Adams (defendants present
                                        and out of custody)

================================================================================
**PROCEEDINGS:    FINAL PRETRIAL    X  JURY TRIAL      VOIR DIRE      JURY SWORN**

Trial day # 20

8:40 a.m. The Court is advised that the jury is present and resumes deliberations. 8:41 a.m. The Court directs the jury to discontinue deliberations until further order of the Court.

9:18 a.m. Court reconvenes. Jury is not present. Counsel is present telephonically. Defendants presence waived. Discussion re: Defendants Motion for Evidentiary Hearing Regarding the Conduct of Juror 7 (Doc. 356), schedule and juror #13. For reasons as stated on the record, IT IS ORDERED denying Defendants Motion for Evidentiary Hearing Regarding the Conduct of Juror 7 (Doc. 356). Juror #13 is questioned outside the presence of the jury. The Court directs the jury to resume deliberations at 9:27 a.m. Discussion re: jury question. Written answer is provided to the jury. 9:36 a.m. Court is in recess.

10:21 a.m. The jury is excused for the morning break. 10:40 a.m. The Court is advised the jury has returned from the morning break and resumes deliberations.

10:56 a.m. The jury sends out a question re: further deliberations. 11:07 a.m. The jury has ceased deliberations for the lunch break. 12:29 p.m. The Court is advised the jury has returned from the lunch break.

12:29 p.m. Court reconvenes. Jury is not present. Discussion held re: jury question. 12:32 p.m. Court is in recess.

12:51 p.m. Court reconvenes. Jury is not present. 12:53 p.m. Jury is present. Discussion held re: jury question. 12:55 p.m. Jury exits the courtroom. Discussion continues re: jury question. 1:26 p.m. Jury is present. The Court has determined the jury cannot reach a verdict. The Court inquires with the jurors and confirms they have not been able to reach a unanimous verdict and each believes there is no realistic possibility they will be able to do so. Mistrial is declared. The Court advises the Jury the admonition has been lifted and that they are excused from their jury service. 1:33 p.m. Jury exits the courtroom.

CR-17-00713-PHX-JJT
7/17/2018
Page 2

IT IS ORDERED that the Government shall file, by no later than the close of business on 8/13/2018, a notice re: their intent to seek a retrial.

1:38 p.m. Court is adjourned.

**LATER:**

IT IS FURTHER ORDERED denying Defendants' Rule 29 Motion for Judgment of Acquittal on All Counts (Doc. 285).

IT IS FURTHER ORDERED denying Motion for Reconsideration/Motion Re-Urging Defendant George Harry Johnson's Motion to Dismiss the Indictment (Doc. 342).

IT IS FURTHER ORDERED setting a Telephonic Status Conference for Thursday, July 19, 2018 at 2:30 p.m. All parties must conference their call together and telephone chambers as one call by 2:25 p.m.

                                                  Time in Court: 1 hr. 8 mins.
                                                  Start: 8:40 AM
                                                  Stop: 1:38 PM