ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
FREDERICK A. BATTISTA
Assistant U.S. Attorney
Maryland State Bar Member
Email: Fred.Battista@usdoj.gov
FRANK T. GALATI
Assistant U.S. Attorney
Arizona State Bar No. 003404
Email: Frank.Galati@usdoj.gov
PETER SEXTON
Assistant U.S. Attorney
Email: Peter.Sexton@usdoj.gov
Arizona State Bar No. 011089
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
*Attorneys for the United States*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-17-0713-PHX-JJT (JZB) |
| Plaintiff, | |
| v. | **MOTION TO DISMISS** |
| (1) Gary Leonard Pierce, | |
| (2) George Harry Johnson, | |
| (3) James Franklin Norton, | |
| (4) Sherry Ann Pierce, | |
| Defendants. | |

Pursuant to Fed. R. Crim. P. 48(a), the United States moves to dismiss the Indictment in this matter as to all defendants.

The defense does not object to this motion.

Excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion or an order based thereon.

Respectfully submitted this 7th day of August, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/Frederick A. Battista*
FREDERICK A. BATTISTA
FRANK T. GALATI
PETER SEXTON
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2018, I caused the attached document to be electronically transmitted the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Patricia Ann Gitre, Esq.
*Attorney for defendant Gary Leonard Pierce*

Hannah Hatch Porter, Esq.
Jay Steven Volquardsen, Esq.
Woodrow Charles Thompson, Esq.
*Attorneys for defendant George Harry Johnson*

Ivan Kurian Mathew, Esq.
*Attorney for defendant James Franklin Norton*

Ashley D. Adams, Esq.
*Attorney for defendant Sherry Ann Pierce*


*s/Rose Marie Trandicosta*
U.S. Attorney's Office